USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 6 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION ) 08 cv 7516 NRB
CORPORATION, )
 )
      Plaintiff-Applicant, ) ORDER FOR ADMISSION
 ) PRO HAC VICE
versus ) ON WRITTEN MOTION
 )
GREAT EASTERN SECURITIES, INC., )
 )
      Defendant. )

---

Upon the motion of Kevin H. Bell, attorney for the Securities Investor Protection Corporation and said sponsor attorney's Declaration in support;

**IT IS HEREBY ORDERED** that

Josephine Wang, General Counsel
Securities Investor Protection Corporation
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Fax: (202) 371-6728
Email: jwang@sipc.org

is admitted to practice pro hac vice as counsel for the Securities Investor Protection Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 26, 2008
New York, N.Y.

_____
United States District/Magistrate Judge