# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>versus<br><br>GREAT EASTERN SECURITIES, INC.,<br><br>          Defendant. | Civil Action No. 08-cv-7516<br><br>MOTION TO ADMIT COUNSEL<br><br><u>PRO</u> <u>HAC</u> <u>VICE</u> |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin H. Bell, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission <u>pro</u> <u>hac</u> <u>vice</u> of

      Christopher H. LaRosa
      Associate General Counsel
      Securities Investor Protection Corporation
      805 15th Street, N.W., Suite 800
      Washington, D.C.  20005
      Telephone: (202) 371-8300
      Fax: (202) 371-6728

Mr. LaRosa is a member in good standing of the Bar of the District of Columbia and of the Bars of the States of Maryland and Florida (inactive status).

There are no pending disciplinary proceedings against Mr. LaRosa in any State or Federal court.

Dated: August 25, 2008
Washington, D.C.

Respectfully submitted,

Kevin H. Bell (KB2260)
Senior Associate General Counsel
  For Dispute Resolution
Securities Investor Protection Corporation
805 15th Street, N.W., Suite 800
Washington, D.C.  20005
Telephone: (202) 371-8300
Fax: (202) 371-6728



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

CHRISTOPHER H. LaROSA

was on the ___5TH___ day of ___JUNE, 1995___

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.


In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on August
22, 2008.


GARLAND PINKSTON, JR., CLERK


By: _____
          Deputy Clerk

# Court of Appeals
## of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

*STATE OF MARYLAND, ss:*

*I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the thirteenth day of June, 2002,*

### Christopher Henry LaRosa

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-fifth day of August, 2008.*

*Bessie M. Decker*

*Clerk of the Court of Appeals of Maryland*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>versus<br><br>GREAT EASTERN SECURITIES, INC.,<br><br>Defendant. | 08 cv 7516 (___)<br><br>DECLARATION OF<br>KEVIN H. BELL<br>IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br>PRO HAC VICE (28 U. S. C. §1746) |

I, Kevin H. Bell, hereby declare as follows:

1.    I am the Senior Associate General Counsel for Dispute Resolution at the Securities Investor Protection Corporation, counsel for Plaintiff in the above captioned action.  I am familiar with the proceedings in this case.  I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Christopher H. LaRosa as counsel pro hac vice to represent Plaintiff in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in April 1974.  I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Mr. LaRosa since February 7, 2005.

4.    Mr. LaRosa  is an Associate General Counsel at the Securities Investor Protection Corporation in Washington, D.C.

5.    I have found Mr. LaRosa to be a skilled attorney and a person of integrity.  He is

experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.     Accordingly, I am pleased to move the admission of Mr. LaRosa, pro hac vice.

7.     I respectfully submit a proposed order granting the admission of Mr. LaRosa, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Christopher H. LaRosa, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 25, 2008, in Washington, D. C.

Respectfully submitted,

Kevin H. Bell
SDNY Bar Code: KB2260

-2-

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

          Plaintiff-Applicant,

versus

GREAT EASTERN SECURITIES, INC.,

          Defendant.

\_\_\_\_\_cv_____(\_\_\_)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Kevin H. Bell, attorney for the Securities Investor Protection

Corporation and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

Christopher H. LaRosa, Associate General Counsel
Securities Investor Protection Corporation
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Fax: (202) 371-6728
Email: clarosa@sipc.org

is admitted to practice pro hac vice as counsel for the Securities Investor Protection Corporation in

the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel

shall forward the pro hac vice fee to the Clerk of Court.

Dated:   August _____, 2008
New York,  N. Y.

_____
United States District/Magistrate Judge

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) |
| Plaintiff-Applicant, | ) ) |
| versus | ) ) |
| GREAT EASTERN SECURITIES, INC., | ) ) |
| Defendant. | ) ) ) |

Civil Action No. **08-CV-7516**

MOTION TO ADMIT COUNSEL

<u>PRO</u> <u>HAC</u> <u>VICE</u>

 

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin H. Bell, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission <u>pro</u> <u>hac</u> <u>vice</u> of

> Josephine Wang
> General Counsel
> Securities Investor Protection Corporation
> 805 15th Street, N.W., Suite 800
> Washington, D.C. 20005
> Telephone: (202) 371-8300
> Fax: (202) 371-6728

Ms. Wang is a member in good standing of the Bar of the District of Columbia.

There are no pending disciplinary proceedings against Ms. Wang in any State or Federal court.

Dated: August 25, 2008
Washington, D.C.

Respectfully submitted,

Kevin H. Bell (KB2260)
Senior Associate General Counsel
 For Dispute Resolution
Securities Investor Protection Corporation
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Fax: (202) 371-6728



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

JOSEPHINE WANG

was on the ___10TH___ day of ___AUGUST, 1979___

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on August
22, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
         Deputy Clerk

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) | **09** cv **7516** ( ) |
| Plaintiff-Applicant, | ) ) | DECLARATION OF KEVIN H. BELL |
| versus | ) ) | IN SUPPORT OF MOTION TO ADMIT COUNSEL |
| GREAT EASTERN SECURITIES, INC., | ) ) | PRO HAC VICE (28 U. S. C. §1746) |
| Defendant. | ) ) ) | |

I, Kevin H. Bell, hereby declare as follows:

1.  I am the Senior Associate General Counsel for Dispute Resolution at the Securities Investor Protection Corporation, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Josephine Wang as counsel pro hac vice to represent Plaintiff in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in April 1974. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Ms. Wang since 1983.

4.  Ms. Wang is the General Counsel of the Securities Investor Protection Corporation in Washington, D.C.

5.    I have found Ms. Wang to be a skilled attorney and a person of integrity.  She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Ms. Wang, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Ms. Wang, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Josephine Wang, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 25, 2008, in Washington, D. C.

Respectfully submitted,

Kevin H. Bell
SDNY Bar Code: KB2260

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) ) |
| Plaintiff-Applicant, | ) ) ) |
| versus | ) ) |
| GREAT EASTERN SECURITIES, INC., | ) ) ) |
| Defendant. | ) ) ) |

_____cv_____(____)

**ORDER FOR ADMISSION**
**PRO <u>HAC VICE</u>**
**ON WRITTEN MOTION**

Upon the motion of   Kevin H. Bell, attorney for the Securities Investor Protection Corporation and said sponsor attorney's Declaration in support;

**IT IS HEREBY ORDERED** that

Josephine Wang, General Counsel
Securities Investor Protection Corporation
805 15th Street, N.W., Suite 800
Washington, D.C.  20005
Telephone: (202) 371-8300
Fax: (202) 371-6728
Email: jwang@sipc.org

is admitted to practice pro hac vice as counsel for the Securities Investor Protection Corporation in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password  at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   August _____, 2008
New York, N. Y.

_____
United States District/Magistrate Judge

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,       ) | Civil Action No. **08-cv-7516** |
| Plaintiff-Applicant,      ) | |
| versus     ) | |
| GREAT EASTERN SECURITIES, INC.,     ) | |
| Defendant.     ) | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that true and correct copies of the (1) COMPLAINT AND APPLICATION OF THE SECURITIES INVESTOR CORPORATION; (2) MEMORANDUM OF LAW IN SUPPORT OF COMPLAINT AND APPLICATION OF THE SECURITIES INVESTOR PROTECTION CORPORATION; (3) DECLARATION OF CHRISTOPHER H. LAROSA; (4) MOTION TO ADMIT COUNSEL PRO HAC VICE with respect to attorneys Christopher H LaRosa and Josephine Wang; and (5) DECLARATION OF KEVIN H. BELL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE with respect to attorneys Christopher H. LaRosa and Josephine Wang, were served this 25th day of August, 2008 via U.S. certified mail and Federal Express overnight delivery upon the following:

Derick Johnson, Esq.
50 Broad Street, Suite 1401
New York, New York 10004

Jeffrey Ramson
50 Broad Street, Suite 1401
New York, New York 10004

Jeffrey Ramson
201 East 28th Street, Apt. 8G
New York, New York 10016

_____

CHRISTOPHER H. LAROSA

-2-

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) | Civil Action No. 08-cv-7516 |
| Plaintiff-Applicant, | ) ) | MOTION TO ADMIT COUNSEL |
| versus | ) ) | PRO HAC VICE |
| GREAT EASTERN SECURITIES, INC., | ) ) | |
| Defendant. | ) ) ) | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin H. Bell, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

> Christopher H. LaRosa
> Associate General Counsel
> Securities Investor Protection Corporation
> 805 15th Street, N.W., Suite 800
> Washington, D.C. 20005
> Telephone: (202) 371-8300
> Fax: (202) 371-6728

Mr. LaRosa is a member in good standing of the Bar of the District of Columbia and of the Bars of the States of Maryland and Florida (inactive status).

There are no pending disciplinary proceedings against Mr. LaRosa in any State or Federal court.

Dated: August 25, 2008
Washington, D.C.

Respectfully submitted,

Kevin H. Bell (KB2260)
Senior Associate General Counsel
 For Dispute Resolution
Securities Investor Protection Corporation
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Fax: (202) 371-6728

-2-



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

CHRISTOPHER H. LaROSA

_____

was on the ___5TH___ day of ___JUNE, 1995_____

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.


In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on August
22, 2008.


GARLAND PINKSTON, JR., CLERK


By: _____
              Deputy Clerk

# Court of Appeals
## of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

*STATE OF MARYLAND, ss:*

I, *Bessie M. Decker, Clerk of the Court of Appeals of Maryland,*
*do hereby certify that on the thirteenth day of June, 2002,*

### Christopher Henry LaRosa

*having first taken and subscribed the oath prescribed by the Constitution and*
*Laws of this State, was admitted as an attorney of said Court, is now in good*
*standing, and as such is entitled to practice law in any of the Courts of said*
*State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto*
*set my hand as Clerk, and affixed the Seal*
*of the Court of Appeals of Maryland, this*
*twenty-fifth day of August, 2008.*

*Bessie M. Decker*

—————————————————————————
*Clerk of the Court of Appeals of Maryland*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, ) <br> ) <br> Plaintiff-Applicant, ) <br> ) <br> versus ) <br> ) <br> GREAT EASTERN SECURITIES, INC., ) <br> ) <br> Defendant. ) | 08 cv 7516 ( ) <br><br> DECLARATION OF <br> KEVIN H. BELL <br> IN SUPPORT OF MOTION <br> TO ADMIT COUNSEL <br> PRO HAC VICE (28 U. S. C. §1746) |

I, Kevin H. Bell, hereby declare as follows:

1.     I am the Senior Associate General Counsel for Dispute Resolution at the Securities Investor Protection Corporation, counsel for Plaintiff in the above captioned action.  I am familiar with the proceedings in this case.  I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Christopher H. LaRosa as counsel pro hac vice to represent Plaintiff in this matter.

2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in April 1974.  I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known Mr. LaRosa since February 7, 2005.

4.     Mr. LaRosa  is an Associate General Counsel at the Securities Investor Protection Corporation in Washington, D.C.

5.     I have found Mr. LaRosa to be a skilled attorney and a person of integrity.  He is

experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Mr. LaRosa, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Mr. LaRosa, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Christopher H. LaRosa, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 25, 2008, in Washington, D. C.

Respectfully submitted,

Kevin H. Bell
SDNY Bar Code: KB2260

-2-

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | )<br>)<br>) |
| Plaintiff-Applicant, | ) |
| versus | )<br>) |
| GREAT EASTERN SECURITIES, INC., | )<br>) |
| Defendant. | )<br>) |

_____cv_____(___)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Kevin H. Bell, attorney for the Securities Investor Protection Corporation and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

Christopher H. LaRosa, Associate General Counsel
Securities Investor Protection Corporation
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Fax: (202) 371-6728
Email: clarosa@sipc.org

is admitted to practice pro hac vice as counsel for the Securities Investor Protection Corporation in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   August _____, 2008
New York, N. Y.

_____
United States District/Magistrate Judge

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) | Civil Action No. **08-CV-7516** |
| Plaintiff-Applicant, | ) ) | MOTION TO ADMIT COUNSEL |
| versus | ) ) | <u>PRO</u> <u>HAC</u> <u>VICE</u> |
| GREAT EASTERN SECURITIES, INC., | ) ) | |
| Defendant. | ) ) | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin H. Bell, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission <u>pro</u> <u>hac</u> <u>vice</u> of

> Josephine Wang
> General Counsel
> Securities Investor Protection Corporation
> 805 15th Street, N.W., Suite 800
> Washington, D.C. 20005
> Telephone: (202) 371-8300
> Fax: (202) 371-6728

Ms. Wang is a member in good standing of the Bar of the District of Columbia.

There are no pending disciplinary proceedings against Ms. Wang in any State or Federal

court.

Dated: August 25, 2008
Washington, D.C.

Respectfully submitted,

Kevin H. Bell (KB2260)
Senior Associate General Counsel
 For Dispute Resolution
Securities Investor Protection Corporation
805 15th Street, N.W., Suite 800
Washington, D.C.  20005
Telephone: (202) 371-8300
Fax: (202) 371-6728



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

JOSEPHINE WANG

was on the    10TH    day of    AUGUST, 1979

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on August
22, 2008.

GARLAND PINKSTON, JR., CLERK

By: _N. Charles_____

Deputy Clerk

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) | **09** cv **7516** ( ) |
| Plaintiff-Applicant, | ) ) | DECLARATION OF |
| versus | ) ) | KEVIN H. BELL IN SUPPORT OF MOTION TO ADMIT COUNSEL |
| GREAT EASTERN SECURITIES, INC., | ) ) | PRO HAC VICE (28 U. S. C. §1746) |
| Defendant. | ) ) ) | |

I, Kevin H. Bell, hereby declare as follows:

1.    I am the Senior Associate General Counsel for Dispute Resolution at the Securities Investor Protection Corporation, counsel for Plaintiff in the above captioned action.  I am familiar with the proceedings in this case.  I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Josephine Wang as counsel pro hac vice to represent Plaintiff in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in April 1974.  I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Ms. Wang since 1983.

4.    Ms. Wang is the General Counsel of the Securities Investor Protection Corporation in Washington, D.C.

5.    I have found Ms. Wang to be a skilled attorney and a person of integrity.  She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Ms. Wang, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Ms. Wang, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Josephine Wang, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 25, 2008, in Washington, D. C.

Respectfully submitted,

Kevin H. Bell
SDNY Bar Code: KB2260

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>versus<br><br>GREAT EASTERN SECURITIES, INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____cv_____(___)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of   Kevin H. Bell, attorney for the Securities Investor Protection Corporation and said sponsor attorney's Declaration in support;

**IT IS HEREBY ORDERED** that

Josephine Wang, General Counsel
Securities Investor Protection Corporation
805 15th Street, N.W., Suite 800
Washington, D.C.  20005
Telephone: (202) 371-8300
Fax: (202) 371-6728
Email: jwang@sipc.org

is admitted to practice pro hac vice as counsel for the Securities Investor Protection Corporation in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password  at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   August _____, 2008
New York, N. Y.

_____
United States District/Magistrate Judge

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) | Civil Action No. 08-Cv-7516 |
| Plaintiff-Applicant, | ) ) | |
| versus | ) ) | |
| GREAT EASTERN SECURITIES, INC., | ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that true and correct copies of the (1) COMPLAINT AND APPLICATION OF THE SECURITIES INVESTOR CORPORATION; (2) MEMORANDUM OF LAW IN SUPPORT OF COMPLAINT AND APPLICATION OF THE SECURITIES INVESTOR PROTECTION CORPORATION; (3) DECLARATION OF CHRISTOPHER H. LAROSA; (4) MOTION TO ADMIT COUNSEL PRO HAC VICE with respect to attorneys Christopher H LaRosa and Josephine Wang; and (5) DECLARATION OF KEVIN H. BELL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE with respect to attorneys Christopher H. LaRosa and Josephine Wang, were served this 25th day of August, 2008 via U.S. certified mail and Federal Express overnight delivery upon the following:

Derick Johnson, Esq.
50 Broad Street, Suite 1401
New York, New York 10004

Jeffrey Ramson
50 Broad Street, Suite 1401
New York, New York 10004

Jeffrey Ramson
201 East 28th Street, Apt. 8G
New York, New York 10016

_____
CHRISTOPHER H. LAROSA

-2-