# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08CV7516(NRB)                                Date Filed: _____

Plaintiff-Applicant:
**SECURITIES INVESTOR PROTECTION CORPORATION**
vs.
Defendant:
**GREAT EASTERN SECURITIES, INC.**

Received by ASK Litigation Support, Inc. to be served on **GREAT EASTERN SECURITIES, INC. c/o Jeffrey Ramson, 201 East 28th St., Apt. 8G, New York, NY 10004.**

I, Simon Kahn, being duly sworn, depose and say that on the **27th day of August, 2008 at 7:00 pm, I:**

Attempted, but was unable to serve the **Order to Show Cause** for the following reason(s): Mr. Ramson, a Principal, had moved 8 months ago..

**Additional Information pertaining to this Service:**
The Order could not be served at the given address of 50 Broad St, Suite 1401. Their name was not in the Directory nor was it on the door to Suite 1401. Employees inside claimed that they did not know of Great Eastern. The neighboring tenant said to me that they were gone over a year but he did not where or if they moved to another location..

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/28/08___
           Date

Simon Kahn
0842361

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000520

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

United States District Court
Southern District of New York

---

Securities Investor Protection Corporation,

                               Plaintiff-Applicant,

        -against-

Great Eastern Securities, Inc.,

                               Defendant.

AFFIDAVIT OF SERVICE

Civil No. 08 CV 7516 (NRB)

Date Filed 8-28-2008

---

State of New York )
                        ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on August 27, 2008 at approximately 3:45 PM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law, Order to Show Cause, that the party served was Great Eastern Securities, Inc., a domestic business corporation, the defendant in this action, by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving papers with Chad Matice, a white male with black hair, being approximately 21-35 years of age; height of 5'9" - 6'0", weight of 180-200 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                      *Mary M. Bonville*
                                                                       Mary M. Bonville

Sworn to before me this 27th day of August, 2008

*Ruth A. Dennehey*
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010