JUDGE BUCHWALD

08 CIV 7516

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff, <br><br> -v- <br><br> GREAT EASTERN SECURITIES, INC., <br><br> Defendant. | Case No._____ <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

the Securities Investor Protection Corporation   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** August 25, 2008

_____
Signature of Attorney

**Attorney Bar Code:** KB2260

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>versus<br><br>GREAT EASTERN SECURITIES, INC.,<br><br>Defendant. | Civil Action No. |

## CERTIFICATE OF SERVICE

I, Kevin H. Bell, hereby certify that on August 25, 2008, I served by pre-paid Federal Express a true and correct copy of the Civil Cover Sheet and Rule 7.1 Statement on each of the following:

Derick Johnson, Esq.
50 Broad Street, Suite 1401
New York, New York 10004

Jeffrey Ramson
50 Broad Street, Suite 1401
New York, New York 10004

Jeffrey Ramson
201 East 28th Street, Apt. 8G
New York, New York 10016

_____
KEVIN H. BELL