UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>versus<br><br>GREAT EASTERN SECURITIES, INC.,<br><br>        Defendant. | Civil Action No. 08-CV-7516 (NRB) |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that true and correct copies of the (1) COMPLAINT AND APPLICATION OF THE SECURITIES INVESTOR CORPORATION; (2) MEMORANDUM OF LAW IN SUPPORT OF COMPLAINT AND APPLICATION OF THE SECURITIES INVESTOR PROTECTION CORPORATION; (3) DECLARATION OF CHRISTOPHER H. LAROSA; (4) MOTION TO ADMIT COUNSEL PRO HAC VICE with respect to attorneys Christopher H LaRosa and Josephine Wang; and (5) DECLARATION OF KEVIN H. BELL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE with respect to attorneys Christopher H. LaRosa and Josephine Wang, were served on the 25th day of August, 2008 via U.S. certified mail and Federal Express overnight delivery upon the following:

Derick Johnson, Esq.
50 Broad Street, Suite 1401
New York, New York 10004

Jeffrey Ramson
50 Broad Street, Suite 1401
New York, New York 10004

Jeffrey Ramson
201 East 28th Street, Apt. 8G
New York, New York 10016

CHRISTOPHER H. LAROSA