
UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>versus<br><br>GREAT EASTERN SECURITIES, INC.,<br><br>Defendant. | Civil Action No. |

## DECLARATION OF CHRISTOPHER H. LAROSA

Pursuant to 28 U.S.C. § 1746, I, Christopher H. LaRosa, hereby declare as follows:

1. I am Associate General Counsel of the Securities Investor Protection Corporation, at 805 Fifteenth Street, N. W., Suite 800, Washington, D. C. 20005 ("SIPC").

2. I make this declaration in support of SIPC's Complaint and Application for an order requiring the Defendant, Great Eastern Securities, Inc., to show cause why it should not be adjudicated that the customers of the Defendant are in need of the protection afforded by the Securities Investor Protection Act of 1970 ("SIPA," 15 U.S.C. §78aaa *et seq.*), and that a trustee be appointed pursuant to SIPA.

3. Concurrently, SIPC is filing with the Court its Complaint and Application for the relief described above pursuant to SIPA §§78eee(a)(3) and 78eee(b). Pursuant to SIPA §78eee(b)(1), this Court is authorized and required to grant SIPC's Complaint and Application if within three business days after the filing thereof, or such other period as the Court may order, the Defendant

shall consent thereto or fail to contest, or fail to show facts sufficient to controvert any material allegation of the Complaint and Application. By reason of the applicable statutory provisions, and the need for the protection of customers of the Defendant as contemplated by SIPA, SIPC is proceeding by way of Order to Show Cause so that a hearing upon its Complaint and Application may be fixed for the earliest practicable date.

4. No previous application for the relief sought has been made to any court.

5. The Defendant was a securities broker-dealer registered with the Securities and Exchange Commission ("SEC") and a member of the Financial Industry Regulatory Authority ("FINRA") and of SIPC.

6. I attempted to contact the Defendant's principal, Jeffrey Ramson, by telephone and by electronic mail on August 22, 2008 and was unable to make contact.

7. The Defendant has consented that service of the application for a protective decree filed by SIPC may be given by registered or certified mail or confirmed telegram to the Defendant's contact employee at the main address, or mailing address if different. See Exchange Act Release No. 25806, reprinted at [1987-88 Dec Transfer Binder] Fed. Sec. L. Rep. ¶84,245 (SEC June 16, 1988). This consent is on the second page of the Defendant's Request for Withdrawal from Broker-Dealer Registration filed with the FINRA – FINRA Form BDW, a true and correct copy of which is attached. In an abundance of caution, SIPC will also serve Jeffrey Ramson at his last known address, as provided by FINRA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2008.

CHRISTOPHER H. LAROSA

# FORM BDW
# UNIFORM REQUEST WITHDRAWAL FROM BROKER-DEALER REGISTRATION

| Primary Business Name: GREAT EASTERN SECURITIES, INC. | BD Number: 2061 |
|---|---|

BDW - FULL
01/24/2007

## BDW - APPLICANT INFORMATION

OMB Number .................................................3235-0018
Expires..........................................September 30, 2005
Estimated average burden hours per form.....................0.25

**WARNING: INTENTIONAL MISSTATEMENTS OR OMISSIONS OF FACTS MAY CONSTITUTE CRIMINAL VIOLATIONS.**

1. A. **Full Name of Broker-Dealer (if sole proprietor, state last, first and middle name):**
   GREAT EASTERN SECURITIES, INC.

   B. **IRS Emp. Ident. No.:**
   11-3478259

   C. **Name under which business is conducted, if different:**
   GREAT EASTERN SECURITIES, INC.

   D. **Firm CRD No.:**
   2061

   E. **SEC File No.:**
   16880

   F. **Firm Main Address:**

   Number and Street 1: 50 BROAD STREET
   Number and Street 2: SUITE 1401
   City: NEW YORK
   State: New York
   Country: UNITED STATES
   ZIP/Postal Code: 10004

   G. **Mailing Address, if different:**

   Number and Street 1: 50 BROAD STREET
   Number and Street 2: SUITE 1401
   City: NEW YORK
   State: New York
   Country: UNITED STATES
   ZIP/Postal Code: 10004

   H. **Area Code / Telephone No.:**
   (212) 213-5700

2. Check One:   ● Full Withdrawal (skip Item 3)    ○ Partial Withdrawal (Check box(es) where withdrawing in Item 3.)

4. Date firm ceased business or withdrew registration request (for partial withdrawals, give the date ceased business in the *jurisdiction(s)* checked in Item 3):

   **(MM/DD/YYYY)**
   **12/28/2006**

## BDW - FINANCIAL LIABILITIES

5. Does the broker-dealer owe any money or securities to any customer or broker-dealer?

   ○ Yes   ● No

If full withdrawal, complete A-D below.

A. Number of customers owed funds or securities:
   0

B. Amount of money owed to:

   **customers**
   $

   **broker-dealers**
   $

C. Market value of securities owed to:

**customers**
$

**broker-dealers**
$

D. Describe arrangements made for payment

If this is a full withdrawal and Item 5 is answered "yes", file with the CRD a FOCUS Report Part II (or Part IIA for non-carrying or non-clearing firms) "Statement of Financial Condition" and "Computation of Net Capital" sections. For firms that do not file FOCUS Reports, file a statement of financial condition giving the type and amount of the firm's assets and liabilities and net worth. The FOCUS Report and the statement of financial condition must reflect the finances of the firm no earlier than 10 days before this Form BDW is filed.

## BDW - DISCLOSURE QUESTIONS

6. Is the broker-dealer now the subject of or named in any *investment-related*:    **YES    NO**

   A. *investigation*    ○    ⦿

   B. consumer-initiated complaint    ○    ⦿

   C. private civil litigation    ○    ⦿

   NOTE: Update any incomplete or inaccurate information contained in Item 11 of Form BD.

## BDW - CUSTODIAN INFORMATION

7. Name and Address of the person who will have custody of books and records:

| | |
|---|---|
| **Full Name:** JEFFREY RAMSON | **Telephone Number:** 646-292-2900 |
| **Number and Street 1:** 50 BROAD STREET | **Number and Street 2:** |
| **City:** NEW YORK | **State:** New York |
| **Country:** | **ZIP/Postal Code:** 10004 |

Address where books and records will be located, if different

| | |
|---|---|
| **Number and Street 1:** 50 BROAD STREET | **Number and Street 2:** |
| **City:** NEW YORK | **State:** New York |
| **Country:** | **ZIP/Postal Code:** 10004 |

## BDW - EXECUTION

8. **EXECUTION:**
The undersigned certifies that he/she has executed this form on behalf of, and with the authority of, the broker-dealer, and that all information herein, including any attachments hereto, is accurate, complete and current. The undersigned and broker-dealer further certify that all information previously submitted on Form BD is accurate and complete as of this date, and that the broker-dealer's books and records will be preserved and available for inspection as required by law.

| **Date MM/DD/YYYY** 01/24/2007 | **Name** GREAT EASTERN SECURITIES, INC. |
|---|---|
| **Signature** JEFFREY RAMSON | **Title** OWNER |

Subscribed and sworn before me on this _____ day of _____,
_____ by _____
Year              Notary Public

My Commission expires _____ County of _____ State of _____