UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>versus<br><br>GREAT EASTERN SECURITIES, INC.,<br><br>        Defendant. | Civil Action No. 08-CV-7516 (NRB) |

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that true and correct copies of the ORDER TO SHOW CAUSE were served on the 27th day of August, 2008 via U.S. certified mail and Federal Express overnight delivery upon the following:

    Derick Johnson, Esq.
    50 Broad Street, Suite 1401
    New York, New York 10004

    Jeffrey Ramson
    50 Broad Street, Suite 1401
    New York, New York 10004

    Jeffrey Ramson
    201 East 28th Street, Apt. 8G
    New York, New York 10016

                                                _____
                                                CHRISTOPHER H. LAROSA